720 A.2d 1050

**Louis AIELLO, Appellant,**

v.

**SOUTHEASTERN PENNSYLVANIA TRANSPORTATION AUTHORITY.**

Supreme Court of Pennsylvania.

Argued Nov. 17, 1998.

Decided Dec. 14, 1998.

Tina Marcy Weber, for Louis Aiello.

G. Roger Bowers, Philadelphia, Joan A. Zubras, Alfred W. Putnam, Jr., Philadelphia, for S.E.P.T.A.

Before FLAHERTY, C.J., and ZAPPALA, CAPPY, CASTILLE, NIGRO, NEWMAN and SAYLOR, JJ.

*ORDER*

PER CURIAM:

Appeal dismissed as having been improvidently granted.